**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Tremaine Manley<br>Debtor | Case No.: 18−36579<br>Chapter: 13 |

**CLERK'S NOTICE**

No proof of attendance at an approved credit counseling course has been filed in this case.

Dated: 11/30/18

David J. Bradley
Clerk of Court