

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/13/2019

IN RE: §
TREMAINE  MANLEY; aka MANLEY §  CASE NO: 18-36579
  Debtor(s) §
  §  CHAPTER  13

## ORDER
## STRIKING BANKRUPTCY PETITION

    Section 109 requires that a debtor must take budget and credit counseling briefing from an approved agency within the 180 days prior to filing for bankruptcy, absent which that individual may not be a debtor in bankruptcy. 11 U.S.C. § 109(h)(1) Furthermore, § 521 requires that debtors file, *inter alia*, a certificate for budget and credit counseling briefing that they received prior to filing for bankruptcy.  11 U.S.C. § 521(b) The failure of Debtor(s) to take the budget and credit counseling prior to filing for bankruptcy disqualifies Debtor(s) from being an eligible debtor in bankruptcy pursuant to § 109(h).  Accordingly, it is therefore:

    **ORDERED** that the chapter 13 petition, ECF No. 1, is hereby STRUCK.

SIGNED 02/13/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge